**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In Re:** | **CURE ORDER** |
| **MICHAEL G WESTING,** | |
| **Debtor** | **Case No 25-30202 KAC** |

This Chapter 13 case came before the court on 6/18/2026, on the motion of the Chapter 13 Trustee for conversion or dismissal of the case.   Upon the record and proposal of the Debtor(s) for a structured cure of outstanding arrears in payment to the Chapter 13 Trustee:

**IT IS HEREBY ORDERED:**

1.   In cure of current default in payment to the Chapter 13 Trustee, Debtor(s) shall make the following payments to the Chapter 13 Trustee,

   a. The debtor shall resume regular monthly payments to the Trustee, commencing June 2026.  The debtor's regular monthly payment is currently $916.00.

   b. In addition, the debtor shall pay the Trustee an extra $526 in July 2026 through December 2026.

2.   If the Debtor fails to make any payment required under Term 1 of this order in a timely manner, and if such default remains uncured after ten days written notice to the Debtor(s) and Counsel for the Debtor(s), the Chapter 13 Trustee may obtain dismissal of this case on an *ex parte* expedited basis. To do so, the Trustee may file an affidavit attesting to the event(s) of default, and a proposed order for dismissal. Upon the filing of the affidavit, the Court may enter the proposed order without further notice or hearing.

3.   This order shall be without prejudice to the Debtor's right to modify the Plan pursuant to 11 U.S.C.   §1329.

Dated:   *June 22, 2026*

   *s/ Katherine A. Constantine*
   United States Bankruptcy Judge